David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Attorneys for the Plaintiff
Patricia Timmons

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Timmons<br><br>            Plaintiff,<br>v.<br><br>Northstar Location Services LLC<br>and Northstar Prelegal Services<br><br>            Defendants. | **Case No.: 2:10-cv-01163-NVW**<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Patricia Timmons (hereinafter "Plaintiff"), hereby moves to dismiss the entire action with prejudice, and in support of this Motion hereby set forth:

   1. The Parties have reached a settlement of this action.

   2. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

   3. The settlement between Plaintiff and Defendants is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendants.

//

4. Plaintiffs represents to the Court that all actions required under the settlement agreement have now been performed. The Parties thus agree that this Court can proceed to dismiss this entire action, with prejudice.

WHEREFORE, Plaintiffs thus move and respectfully request that this Court so order forthwith.

Respectfully submitted,

Date: September 20, 2010            **Hyde & Swigart**

By: /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiffs